IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTOLO VIVENZI-DE LA CRUZ,<br><br>    Petitioner,<br><br>  v.<br><br>ERIC H HOLDER JR,<br><br>    Respondent._____/ | No. C 10-01327 CRB<br><br>**ORDER CONTINUING CASE TO JANUARY 21, 2011** |

The Court is in receipt of a Notice of Communication from *Pro Se* Petitioner, filed by Respondent in this case. See dckt. No. 42. Respondent informs the Court that Petitioner seeks a continuance in this case in order to retain an attorney. Id at 1. Respondent opposes any continuance, noting that Petitioner has been in removal proceedings for five years, and that the Court has already provided Petitioner with several continuances to obtain counsel. Id. at 2. The Court notes that this case has been before it since May 2010. See dckt. no. 25 (order reassigning case). Petitioner has had ample time to retain counsel. Nonetheless, for its own scheduling purposes, the Court hereby VACATES the hearing date of January 14,

//
//
//
//

1    2011 and SETS a new motion hearing for January 21, 2011, at the same time and place.

2    **IT IS SO ORDERED.**

5    Dated: January 11, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE