IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTOLO VIVENZI-DE LA CRUZ,<br><br>    Petitioner,<br><br>  v.<br><br>ERIC H HOLDER JR,<br><br>    Respondent. | No. C 10-01327 CRB<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING** |

     This only question at issue in this case is whether Petitioner is a United States citizen. Though Petitioner failed to file an Opposition to Respondent's Motion for Summary Judgment in advance of the several hearings held by this Court, he has subsequently submitted additional materials and made an additional assertion. See dckt. no. 52. Specifically, he asserts for the first time that his mother and grandmother were both United States citizens, and that "[t]hese two generations of U.S. citizenship makes [sic] me a derived U.S. citizen." Id. Petitioner cites to no authority for the contention that two generations of U.S. citizenship make him a citizen.

     While the burden of proof lies with Petitioner to prove his citizenship, see Berenyi v. Dist. Director, INS, 385 U.S. 630, 637 (1967), the Court does not take this matter lightly. Therefore, keeping in mind that the law that applies to transferring citizenship to a child born abroad when one parent is a U.S. citizen is the law that was in effect at the time of

the child's birth, see Runnett v. Schultz, 901 F.2d 782, 783 (9th Cir. 1990), the parties are directed as follows. By 5:00 p.m. on Friday, April 1, 2011, the parties are to file supplemental briefs of no more than five pages, as to whether any authority supports Petitioner's claim to citizenship.

**IT IS SO ORDERED.**

Dated: March 24, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE