IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTOLO VIVENZI-DE LA CRUZ,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC H HOLDER JR,<br><br>    Defendant.        / | No. C 10-01327 CRB<br><br>**JUDGMENT** |

The Court, having granted Defendant's Motion for Summary Judgment (dkt. no. 39), hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 19, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1327\judgment.wpd