IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTOLO VIVENZI-DE LA CRUZ,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC H HOLDER JR,<br><br>    Defendant.                     / | No. C 10-01327 CRB<br><br>**ORDER DENYING REQUEST FOR RECONSIDERATION** |

The Court is in receipt of a Request for Reconsideration filed by pro se Plaintiff Bartolo Vivenzi. See dkt. 63. For the reasons articulated in the Court's Order of April 18, 2011 granting summary judgment for Defendant, see dkt. 60, Plaintiff's Request is DENIED.

**IT IS SO ORDERED.**

Dated: May 18, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1327\order re reconsideration.wpd